IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PAUL SCAGGS,

        Appellant,

 v.                              Case No.     5D21-2842
                                      LT Case Nos. 2021-101422-CFDL
                                                   2021-101306-CFDL

STATE OF FLORIDA,

        Appellee.
_____/

Opinion filed April 22, 2022

Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Matthew J. Metz, Public Defender, and
George D. E. Burden, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and   Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

SASSO, J.

Appellant, Paul Scaggs, appeals his judgment and sentence imposed in two cases pursuant to *Anders v. California*, 386 U.S. 738 (1967). We affirm in all respects except one. Despite no request by the State, the trial court improperly imposed a $100 cost of investigation. Accordingly, we affirm the judgment and sentence but remand with instructions for the court to strike the $100 cost of investigation. *See Berg v. State*, 313 So. 3d 930, 930 (Fla. 5th DCA 2021) ("[D]espite no request by the State, the trial court improperly imposed a $100 cost of investigation for the St. Johns County Sheriff's Office.").

AFFIRMED; REMANDED with instructions.

EISNAUGLE and TRAVER, JJ., concur.